2013 WI 86



OFFICE OF THE CLERK

# Supreme Court of Wisconsin

**110 EAST MAIN STREET, SUITE 215**
**P.O. BOX 1688**
**MADISON, WI 53701-1688**

**TELEPHONE (608) 266-1880**
**FACSIMILE (608) 267-0640**
Web Site: www.wicourts.gov

October 22, 2013

**To:**

Douglas James Hoffer
de la Mora & de la Mora
15255 Watertown Plank Rd.
Elm Grove, WI 53122

Lauren Stuckert
Law Offices of Andrew Mishlove
4425 N. Port Washington Rd., #110
Glendale, WI 53212

Andrew Mishlove
Law Offices of Andrew Mishlove
4425 N. Port Washington Rd. #110
Milwaukee, WI 53212-1035

You are hereby notified that the Court has entered the following Order for Editorial Revision:

---

2011AP2888        Village of Elm Grove v. Richard K. Brefka

Attorney Andrew Mishlove has filed a motion requesting that this court issue an order that editorially revises the written decision in the above-entitled matter. Specifically, he requests that the court editorially revise the opinion to reflect in a footnote that "Attorney Mishlove was first retained in the matter subsequent to the time that the ten-day time limit for demanding a refusal hearing was missed." He avers that "Mr. Brefka, or his predecessor counsel, missed that time limit several months before the date that Attorney Mishlove was retained."

Therefore,

IT IS HEREBY ORDERED that footnote 3 is editorially revised to add the following paragraph to the beginning of the footnote: "Finally, we note that Attorney Andrew Mishlove first made an appearance in this case subsequent to the time that the ten-day time limit for demanding a refusal hearing had expired. It appears that Mr. Brefka, or his predecessor counsel, missed the time prior to the date of Attorney Mishlove's appearance." The second paragraph of footnote 3 will then begin, "Further, we note that Tthe municipal court . . . ."

---

Diane M. Fremgen
Clerk of Supreme Court